THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Edward Lee Elmore,       
Petitioner,
 
 
 

v.

 
 
 
Parker Evatt, Director, Department of Corrections,       
Respondent.
 
 
 

Appeal From Greenwood County
J. Ernest Kinard, Jr., Circuit Court 
 Judge

Memorandum Opinion No. 2004-MO-036
Heard May 27, 2004 - Filed July 12, 
 2004

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Barry C. Scheck and Christopher Jensen, both of New York, John H. Blume, III, 
 S.C. Office of Appellate Defense, and Diana L. Holt, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia, 
 for Respondents.
 
 
 

 JUSTICE WALLER:  We granted a writ of certiorari to review 
 the denial of Petitioners application for post-conviction relief (PCR).  After 
 thoroughly reviewing the appendix in this case, we find there is probative evidence 
 supporting the findings of the PCR judge.  Accordingly, we dismiss the writ 
 as improvidently granted.
 DISMISSED AS IMPROVIDENTLY GRANTED.
PLEICONES., and Acting Justices James C. Williams, Jr., L. Casey 
 Manning and Clifton B. Newman, concur.